387 A.2d 921

Commonwealth v. Wright, Appellant.

Argued December 8, 1977. Richard J. Conn, for appellant; Leon W. Tucker, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissented because the Commonwealth failed to prove that appellant intended to use the weapon criminally. See *Commonwealth v. McHarris,* 246 Pa.Super. 488, 371 A.2d 941 (1977).

WATKINS, former P. J., did not participate in the consideration or decision of this case.